FOURTH DEPARTMENT, JULY, 1996

(July 12, 1996)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMIE ALLISON, Appellant. [646 NYS2d 476] —Appeal unanimously dismissed as academic and matter remitted to Supreme Court to vacate conviction and dismiss indictment either *sua sponte* or on application by District Attorney or attorney who appeared for appellant (*see, People v Matteson*, 153 AD2d 793, *affd* 75 NY2d 745). (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Burglary, 1st Degree.) Present— Denman, P. J., Lawton, Wesley, Balio and Boehm, JJ.